# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT MEDINA,<br><br>    Plaintiff<br><br>v.<br><br>JAMES SCALLY, et al.,<br><br>    Defendants | Case No.: 2:23-cv-01773-APG-MDC<br><br>**Order** |

I ORDER the defendants to respond to plaintiff Albert Medina's second motion for a temporary restraining order (ECF No. 19) by August 19, 2024.

DATED this 29th day of July, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE