## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ALBERT MEDINA, | Case No.: 2:23-cv-01773-APG-MDC |
|---|---|
| Plaintiff | **Order** |
| v. | |
| JAMES SCALLY, et al., | |
| Defendants | |

I ORDER that plaintiff Albert Medina's motion to extend time (ECF No. 32) is GRANTED. Plaintiff Albert Medina has until October 4, 2024 to file his reply in support of his motion for a restraining order.

DATED this 29th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE