UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT MEDINA, | Case No.: 2:23-cv-01773-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| JAMES SCALLY, et al., | |
| Defendants | |

I ORDER that by February 21, 2025, the defendants shall respond to plaintiff Albert Medina's multiple motions for orders to correct the defendants' alleged errors and to demand they stop misinforming the court. *See* ECF Nos. 72-75.

I FURTHER ORDER that by February 21, 2025, the defendants shall provide evidence that Medina has received the arthritis medication that the defendants represented he would receive in their December 20, 2024 status report.

DATED this 12th day of February, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE