UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT MEDINA, | Case No.: 2:23-cv-01773-APG-MDC |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 96, 116] |
| JAMES SCALLY, et al., | |
| Defendants | |

In light of the parties' settlement (ECF No. 118),

I ORDER that the pending motions **(ECF Nos. 96, 116) are DENIED as moot**, without prejudice to refile them if the settlement does not finalize.

DATED this 15th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE