1  AARON D. FORD
    Attorney General
2  HEIDI H. DEMERS, Bar No. 17034C
    Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1120
5  E-mail:  hdemers@ag.nv.gov

6  *Attorneys for Interested Party*
   *Nevada Department of Corrections*
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

| IN RE ALBERT MEDINA CASES | Lead Case No.<br>3:25-cv-00228-MMD-CLB<br>Additional Case:<br>2:23-cv-01773-APG-MDC |
|---|---|
| | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Albert Medina, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned actions shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///

Page 1

The Parties have resolved these matters in their entirety and agree that the Court may accordingly close the cases, with prejudice. Any outstanding deadlines are considered moot.

DATED this 14th day of October 2025.                    DATED this 14th day of October 2025.

AARON D. FORD

Attorney General

Albert Medina #74738

*Plaintiff, Pro Se*

/s/ Heidi H. Demers

Heidi H. Demers, (Bar No. 17034C)

*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED December 2, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Page **2**