**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALBERT MEDINA,

Plaintiff

v.

JAMES SCALLY, et al.,

Defendants

Case No.: 2:23-cv-01773-APG-MDC

**Order for Defendants to Respond to Pending Motions**

[ECF Nos. 123, 126]

I ORDER the defendants to file their responses, if they have any, to the pending motions to enforce court order and to reopen case **(ECF Nos. 123, 126) by August 20, 2026.**

DATED this 5th day of August, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE