**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Albert Medina,

Plaintiff(s),

vs.

James Scally,

Defendant(s).

2:23-cv-01773-APG-MDC

**ORDER**

The Court has reviewed plaintiff's *Motion for an Extension of Time* ("Motion")(ECF No. 135). For good cause shown, the Court **GRANTS** the Motion.

**IT IS ORDERED that:**

1. Plaintiff's *Motion for an Extension of Time* (ECF No. 135) is **GRANTED.**
2. Plaintiff has until **September 30, 2026** to file his replies to the defendants' oppositions (ECF Nos. 131 and 132).

Dated: September 23, 2026.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge